UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

CASE NO. 08-22270-CIV-UNGARO

HERMAN WILLIAMS,
    Petitioner,

v.

WALTER A. MCNEIL,
    Respondent.
_____/

### ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 attacking his conviction and sentence in case number 07-13896, entered in the Eleventh Judicial Circuit Court For Miami-Dade County. The matter was referred to Magistrate Judge Patrick A. White who issued a Report recommending that the Petitioner's petition be denied. (D.E. 12.) The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed. Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of September 2009.

_____

                URSULA UNGARO
                UNITED STATES DISTRICT JUDGE

cc: Herman Williams, *pro se*
    Magistrate Judge Patrick A White